Haskell & Barker Car Company, appellee, v. United Cork Companies, a corporation, appellant. Gen. No. 30,826.

Action for breach of contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed July 13, 1926. Rehearing denied July 24, 1926.

Knapp & Campbell, for appellant; John R. Cochran, Noah A. Stancliffe and Leonard F. Martin, of counsel. Winston, Strawn & Shaw, for appellee; Harold Beacom and Edward C. Ince, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Michigan Central Railroad Company, appellant, v. Alvin L. Bear, trading as Bear Steel & Wire Company, appellee. Gen. No. 30,653.

Action to recover freight transportation charges. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. L. P. Harriss, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed with finding of facts and judgment here. Opinion filed July 13, 1926.

Winston, Strawn & Shaw, for appellant; James H. Cartwright and Paul H. Moore, of counsel. William C. Greatman, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Christine Zanias, appellant, v. Davies Laundry Company, appellee. Gen. No. 30,702.

Action for breach of contract of bailment. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed July 13, 1926.

Wetten, Pegler & Dale, for appellant. A. H. Ranes, Leo B. Lowenthal and Corinne L. Rice, for appellee.

Mr. Justice Fitch delivered the opinion of the court.